IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DIALECT, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-581-TSE-JFA |
| AMAZON.COM, INC., *et al.*, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) |

**MOTION TO DISMISS OF DEFENDANTS AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC. UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") move to dismiss Counts I, II, and IV-VII of the complaint filed by Plaintiff Dialect, LLC on the basis that the asserted patents in those counts do not claim patent-eligible subject matter, and thus are invalid. Pursuant to E.D. Va. Loc. Civ. R. 7(F), the reasons for this motion are set forth in the accompanying opening brief.

Dated: July 17, 2023

Respectfully submitted,

/s/ Robert A. Angle
Robert A. Angle (VSB No. 37691)
   robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
   la.kuykendall@troutman.com
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:    (804) 697-1468
Facsimile:    (804) 697-1339

Mary C. Zinsner (VSB No. 31397)
   mary.zinsner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 274-1932
Facsimile:  (202) 274-2994

*Of counsel:*

J. David Hadden, *pro hac vice*
   dhadden@fenwick.com
Saina S. Shamilov, *pro hac vice*
   sshamilov@fenwick.com
Ravi R. Ranganath, *pro hac vice*
   rranganath@fenwick.com
Vigen Salmastlian, *pro hac vice*
   vsalmastlian@fenwick.com
Donna T. Long, *pro hac vice*
   dlong@fenwick.com
Johnathan Lee Chai, *pro hac vice*
   jchai@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Jonathan T. McMichael, *pro hac vice*
   jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:  (206) 389-4510
Facsimile:  (206) 389-4511

Daniel W. Ledesma, *pro hac vice*
   dledesma@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010-6035
Telephone:  (212) 430-2600
Facsimile:  (650) 938-5200

*Counsel for Defendants Amazon.com, Inc., et al.*