IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DIALECT, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-581-TSE-JFA<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on the motion filed by Defendants to dismiss Counts I, II, and IV-VII of the complaint. Upon consideration of the motion and arguments offered in support and in opposition thereto, it is hereby

ORDERED that the motion is GRANTED, and Counts I, II, and IV-VII of the complaint are DISMISSED for failure to state a claim for infringement of patent-eligible claims.

_____
Honorable T.S. Ellis, III
United States District Judge