**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| DIALECT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-581-TSE-LRV |
| | ) | |
| AMAZON.COM, INC., *et al.*, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ANSWER TO AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("AWS") (collectively, "Amazon") hereby answer the Amended Complaint (the "amended complaint") of plaintiff Dialect, LLC ("Dialect") as follows:

## **INTRODUCTION**

1. Amazon admits that Dialect purports to refer to U.S. Patent Nos. 7,693,720 (the "'720 Patent"); 8,015,006 (the "'006 Patent"); 8,140,327 (the "'327 Patent"); 8,195,468 (the "'468 Patent"); 9,031,845 (the "'845 Patent")[1]; 9,263,039 (the "'039 Patent"); 9,495,957 (the "'957 Patent") as the "Asserted Patents." Amazon admits that the Asserted Patents on their face list VoiceBox Technologies, Inc. ("VoiceBox") as the assignee and appear to have been issued by the United States Patent and Trademark Office. Amazon admits that Dialect purports to attach a redline showing changes between its original complaint (Dkt. 1 filed May 1, 2023) and its amended complaint (Dkt. 35 filed July 31, 2023). Amazon denies that VoiceBox was a "key pioneer in the fields of voice recognition technology or natural language understanding ('NLU')" and denies that the Asserted Patents are novel or disclose or claim any new "technologies." Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 1 of the amended complaint and, on that basis, denies them.

2. Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 2 of the amended complaint and, on that basis, denies them.

3. Amazon admits that it has not licensed the Asserted Patents from Dialect. Amazon admits that Dialect purports to refer to the Alexa virtual assistant, Echo 1st Gen., Echo 2nd Gen.,

---

[1] The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.

Echo Dot 1st Gen., Echo Dot 2nd Gen., Echo Dot 3rd Gen., Echo Dot Kids Edition, Echo Show 1st Gen., Echo Show 2nd Gen., Echo Show 5, Echo Spot, Echo Plus 1st Gen., Echo Plus 2nd Gen., Echo Auto, Echo Look, Alexa App, Music App, Shopping App, Alexa Voice Services, Amazon.com website, Amazon Tap, Amazon Dash Wand, Echo Wall Clock, AmazonBasics Microwave, Amazon SmartPlug, Amazon Fire TV Sticks, Amazon Fire TVs, Amazon Fire TV Cubes, and Amazon Fire and Fire HD tablets  as "Alexa Products."  Amazon denies the remaining allegations of paragraph 3 of the amended complaint.

## THE PARTIES

4.      Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 4 of the amended complaint and, on that basis, denies them.

5.      Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 5 of the amended complaint and, on that basis, denies them.

6.      Amazon admits that Amazon.com, Inc. is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, WA, 98109.  Amazon further admits that AWS is a wholly-owned subsidiary of Amazon.com, Inc.  Amazon admits that Amazon.com, Inc. has multiple subsidiaries and affiliates, and that certain of these subsidiaries and affiliates develop, sell, and offer to sell the Alexa virtual assistant and/or Amazon devices that may be used to access Alexa.  Amazon admits that it has a second headquarters in Arlington, Virginia, also referred to as "HQ2," and at the time of this Answer has offices at 241 18th Street S., 1770 Crystal Drive, and 2100 Crystal Drive in Arlington.  The legal conclusions in this paragraph require no response. Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 6 of the amended complaint and, on that basis, denies them.[2]

---

[2] At the time of this Answer, Amazon was not able to access the third-party webpage

7.        Amazon admits that AWS is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, WA, 98109 and is registered to do business in Virginia.  Amazon admits that AWS provides various cloud computing services and technologies, some of which may be involved in the provision of Alexa.  Amazon admits that the webpage https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/ contains an AWS press release dated November 12, 2020 and states that "Alexa is Amazon's cloud-based service that powers Amazon Echo devices . . . smart speakers, lights, plugs, smart TVs, and cameras."  Amazon admits that the webpage https://cis.scc.virginia.gov/EntitySearch/Index links to the Virginia State Corporation Commission Clerk's Information System business entity search page.  Amazon denies the remaining allegations of paragraph 7 of the amended complaint.

8.        Amazon admits that Amazon.com, Inc. has multiple subsidiaries and affiliates, including AWS, and that certain of these subsidiaries and affiliates develop, sell, and offer to sell products and services to customers in the United States, including in the Commonwealth of Virginia and the Eastern District of Virginia.  Amazon denies the remaining allegations of paragraph 8 of the amended complaint.

**JURISDICTION AND VENUE**

9.        Amazon admits that Dialect purports to allege that this civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285.  Amazon admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

---

purportedly available at https://arlingtonva.us/files/sharedassets/public/projects/documents/site-planprojects/penplace/2022_02-07-sprc-4-deck.pdf, referenced in footnote 3 of the amended complaint.

3

10.    Amazon admits, for purposes of this case only, that this Court has personal juris-diction over Amazon.  Amazon admits that Amazon.com, Inc. has multiple subsidiaries and affil-iates, and that certain of these subsidiaries and affiliates develop, sell, and offer to sell products and services to customers in the United States, including in the Commonwealth of Virginia and this judicial district.  Amazon denies the remaining allegations of paragraph 10 of the amended complaint.

11.    Amazon denies the allegations of paragraph 11 of the amended complaint.

12.    Amazon denies the allegations of paragraph 12 of the amended complaint.

13.    Amazon admits, for purposes of this case only, that this Court has personal juris-diction over Amazon.  Amazon admits that it has a second headquarters in Arlington, Virginia, also referred to as "HQ2," and that the 10-K filing for Amazon.com, Inc. for the fiscal year ending December 31, 2022 states that "[w]e own and lease our corporate headquarters in Washington's Puget Sounds region and Arlington, Virginia."  The legal conclusions in this paragraph require no response.  Amazon denies the remaining allegations of paragraph 13 of the amended complaint.

14.    Amazon admits that Amazon.com, Inc. has multiple subsidiaries and affiliates, and that certain of these subsidiaries and affiliates develop, sell, and offer to sell products and services to customers in the United States, including in the Commonwealth of Virginia.  Amazon admits that it operates data centers in Ashburn, Virginia.  Amazon admits that a third-party article avail-able at https://apnews.com/article/technology-data-management-and-storage-amazoncom-inc-vir-ginia-business-c75df1f34069b09549fe15c99335b8fb purports to discuss the funding and con-struction of Amazon data centers in Virginia.  Amazon denies the remaining allegations of para-graph 14 of the amended complaint.[3]

---

[3] At the time of this Answer, Amazon was not able to access the webpage purportedly available

4

15.    Amazon admits that Dialect purports to quote from the Court's decision in *Maglula, Ltd. v. Amazon.com, Inc.*, No. 1:19-cv-01570, ECF No. 52 at 32-33 (E.D. Va. Apr. 9, 2020).  The legal conclusions in this paragraph require no response.  Amazon denies the remaining allegations of paragraph 15 of the amended complaint.

16.    Amazon admits that it hires and posts jobs for positions with the Alexa team at HQ2 in  Arlington,  Virginia.    Amazon  admits  that  a  third-party  article  available  at https://www.spglobal.com/marketintelligence/en/news-insights/latest-news-headlines/amazon-hiring-for-cloud-services-alexa-products-at-hq2-in-arlington-va-53798578  purports  to  discuss Amazon's hiring of employees for its HQ2 offices.  Amazon admits that an Amazon article available  at  https://www.aboutamazon.com/news/amazon-offices/the-next-chapter-for-hq2-sustainable-buildings-surrounded-by-nature states that as of September 1, 2021, Amazon planned to hire for a range of positions at HQ2, including related to Alexa.  Amazon admits that a YouTube video available  at  https://www.youtube.com/watch?v=vU2szgs2M7c  discusses  Amazon's  hiring  at HQ2 in Northern Virginia.  Amazon admits that an article available at https://www.amazon.science/academic-engagements/amazonnext-program-hosts-final-project-presentations-at-virginia-hq2 states that students "presented their Alexa Skills final projects" to "Alexa employees, and Amazon leaders at the company's headquarters in Virginia (HQ2)."

17.    Amazon admits for purposes of this case only that this Court has personal jurisdiction over it.  Amazon denies the remaining allegations of paragraph 17 of the amended complaint.

---

at https://www.datacenters.com/amazon-aws-ashburn, referenced in footnote 6 of the amended complaint.

18.     Amazon admits that Dialect purports to reproduce language from a pleading in *Amazon.com, Inc. v. WDC Holdings LLC*, No. 1:20-cv-484, ECF No. 1, ¶ 26 (E.D. Va. Apr. 27, 2020). Amazon admits, for purposes of this case only, that venue is proper in this District.

19.     Amazon admits, for purposes of this case only, that venue is proper under 28 U.S.C. §§ 1391 and 1400(b).

## FACTUAL BACKGROUND

20.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 20 of the amended complaint and, on that basis, denies them.

21.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 21 of the amended complaint and, on that basis, denies them.

22.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 22 of the amended complaint and, on that basis, denies them.

23.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 23 of the amended complaint and, on that basis, denies them.

24.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 24 of the amended complaint and, on that basis, denies them.

25.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 25 of the amended complaint and, on that basis, denies them.

26.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 26 of the amended complaint and, on that basis, denies them.

27.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 27 of the amended complaint and, on that basis, denies them.

**AMAZON'S [ALLEGED] KNOWLEDGE OF THE ASSERTED PATENTS**[4]

28.     Amazon admits that VoiceBox contacted Amazon in 2011 because VoiceBox was interested in a business relationship.  Amazon further admits that it requested that VoiceBox provided slides to facilitate a telephone call on October 7, 2011 regarding VoiceBox's proposal.  Amazon admits that VoiceBox provided slides that claimed "patented Contextual Speech Technology," but denies that the presentation or the slides "described" any such purported technology.  Amazon admits that Dialect purports to include screenshots from a presentation in paragraph 28 and that it purports to attach the presentation as Exhibit 8 to the amended complaint.  Amazon denies the remaining allegations of paragraph 28 of the amended complaint.

29.     Amazon admits that it invited VoiceBox to a meeting at Amazon on October 19, 2011.  Amazon admits that a follow-up meeting was held with Douglas Booms and other Amazon technical and business personnel.  Amazon denies the remaining allegations of paragraph 29 of the amended complaint.

30.     Amazon admits that on October 21, 2011, Amazon sent an email in which it agreed to VoiceBox's offer to meet at VoiceBox's office, and proposed that the meeting occur sometime the following week.  Amazon further admits that VoiceBox and Amazon met at VoiceBox's offices on October 26, 2011.

31.     Amazon admits that VoiceBox provided a slide deck to Amazon, and some of the slides referenced VoiceBox patents, none of which are asserted in this case.  Amazon admits that Dialect purports to include screenshots from a presentation in paragraph 31 of the amended complaint and that Dialect purports to attach the presentation as Exhibit 9 to the amended complaint.

---

[4] To the extent Dialect intends the headings or subheadings in its amended complaint to constitute allegations, Amazon explicitly denies them.  The headings in Amazon's answer refer to Dialect's amended complaint and are not responses to them.

Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 31 of the amended complaint and, on that basis, denies them.

32.    Amazon admits that the employees who attended the October 2011 meetings have held various positions at Amazon, including some leadership positions.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 32 of the amended complaint and, on that basis, denies them.

33.    Amazon admits that it did not agree to a business relationship with VoiceBox due to limitations of VoiceBox's technology.  Amazon denies the remaining allegations of paragraph 33 of the amended complaint.

34.    Amazon admits that it launched its Alexa virtual assistant and Echo in 2014.  Amazon denies the remaining allegations of paragraph 34 of the amended complaint.

35.    Amazon admits that it hired Philippe Di Cristo, who was formerly a Chief Scientist at VoiceBox, in 2016. Amazon admits that Dialect purports to include a screenshot and reference a link to a LinkedIn profile at https://www.linkedin.com/in/pdicristo/.  Amazon denies that it used, or uses, any purported VoiceBox technology or intellectual property.  Amazon denies that VoiceBox had an "Amazon Echo- like system" or any technology related or comparable to Amazon's Echo and Alexa technology.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 35 of the amended complaint and, on that basis, denies them.

36.    Amazon denies the allegations of paragraph 36 of the amended complaint.

37.    Amazon admits that it hosted a recruiting event on January 10, 2017 at Seastar Restaurant and that a VoiceBox human resources representative asked to forward an invitation to

8

the event to recently-terminated VoiceBox employees as well as certain other VoiceBox employees.

38.     Amazon admits that Mike Kennewick, CEO of VoiceBox, sent correspondence to Jeff Bezos, CEO of Amazon, on January 17, 2017 proposing that Amazon acquire VoiceBox. Amazon denies the remaining allegations of paragraph 38 of the amended complaint.

## THE ASSERTED PATENTS

39.     Amazon denies the allegations of paragraph 39 of the amended complaint.

### U.S. Patent No. 7,693,720

40.     Amazon admits that the amended complaint purports to attach a copy of the '720 patent as Exhibit 1, and that the patent lists "Mobile Systems And Methods For Responding To Natural Language Speech Utterance" as the title and April 6, 2010 as the issue date on its face. Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 40 and, on that basis, denies them.

41.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 41 of the amended complaint and, on that basis, denies them.

42.     Amazon admits that the '720 patent refers to the challenges involved in speech recognition and natural language processing, and the patent speaks for itself. Amazon denies that the '720 patent provides a solution to these problems.

43.     Amazon admits that the '720 patent refers to the challenges involved in speech recognition and natural language processing, and the patent speaks for itself. Amazon denies that the '720 patent provides a solution to these problems. Amazon denies the remaining allegations of paragraph 43 of the amended complaint.

9

44.     Amazon admits that the '720 patent refers to the challenges involved in speech recognition and natural language processing, and the patent speaks for itself. Amazon denies that the '720 patent provides a solution to these problems. Amazon denies the remaining allegations of paragraph 44 of the amended complaint.

45.     Amazon denies the allegations of paragraph 45 of the amended complaint.

46.     Amazon admits that Dialect purports to reproduce Figure 5 from the '720 patent. Amazon denies the remaining allegations of paragraph 46 of the amended complaint.

47.     Amazon denies the allegations of paragraph 47 of the amended complaint.

48.     Amazon denies that the claims of the '720 patent are valid. Amazon admits that Dialect references a Notice of Allowance, which it purports to attach as Exhibit 10 to the amended complaint. Amazon admits that Dialect purports to quote a portion of examiner's statements made during the prosecution of the '720 patent. Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 48 of the amended complaint and, on that basis, denies them.

## U.S. Patent No. 8,015,006

49.     Amazon admits that the amended complaint purports to attach a copy of the '006 patent at Exhibit 2, and that the patent lists "Systems And Methods For Processing Natural Language Speech Utterances With Context-Specific Domain Agents" as the title and September 6, 2011 as the issue date on its face. Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 49 and, on that basis, denies them.

50.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 50 of the amended complaint and, on that basis, denies them.

51.     Amazon admits that the '006 patent refers to the challenges involved in human-computer interactions, and the patent speaks for itself.  Amazon denies that the '006 patent provides a solution to these problems.  Amazon denies the remaining allegations of paragraph 51 of the amended complaint.

52.     Amazon admits that the '006 patent refers to the challenges involved in speech recognition, and the patent speaks for itself.  Amazon denies that the '006 patent provides a solution to these problems.  Amazon denies the remaining allegations of paragraph 52 of the amended complaint.

53.     Amazon denies the allegations of paragraph 53 of the amended complaint.

54.     Amazon denies the allegations of paragraph 54 of the amended complaint.

55.     Amazon admits that Dialect purports to reproduce Figure 1 from the '006 patent.  Amazon denies the remaining allegations of paragraph 55 of the amended complaint.

56.     Amazon denies the allegations of paragraph 56 of the amended complaint.

57.     Amazon denies that the claims of the '006 patent are valid.  Amazon admits that Dialect references a Notice of Allowance, which it purports to attach as Exhibit 11 to the amended complaint.  Amazon admits that Dialect purports to quote a portion of examiner's statements made during the prosecution of the '006 patent.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 57 of the amended complaint and, on that basis, denies them.

### U.S. Patent No. 8,140,327

58.     Amazon admits that the amended complaint purports to attach a copy of the '327 patent as Exhibit 3, and that the patent lists "System And Method For Filtering And Eliminating Noise From Natural Language Utterances To Improve Speech Recognition And Parsing" as the

11

title and March 20, 2012 as the issue date on its face.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 58 and, on that basis, denies them.

59.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 59 of the amended complaint and, on that basis, denies them.

60.     Amazon admits that the '327 patent purports to describe challenges in natural-language speech recognition systems, and the patent speaks for itself.  Amazon denies that the '327 patent provides any solution to these problems.  Amazon denies the remaining allegations of paragraph 60 of the amended complaint.

61.     Amazon denies the allegations of paragraph 61 of the amended complaint.

62.     Amazon admits that Dialect purports to reproduce Figure 1 from the '327 patent. Amazon denies the remaining allegations of paragraph 62 of the amended complaint.

63.     Amazon denies the allegations of paragraph 63 of the amended complaint.

64.     Amazon denies that the claims of the '327 patent are valid.  Amazon admits that Dialect references a Notice of Allowance, which it purports to attach as Exhibit 12 to the amended complaint.  Amazon admits that Dialect purports to quote a portion of examiner's statements made during the prosecution of the '327 patent.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 64 of the amended complaint and, on that basis, denies them.

### U.S. Patent No. 8,195,468

65.     Amazon admits that the amended complaint purports to attach a copy of the '468 patent as Exhibit 4, and that the patent lists "Mobile Systems And Methods Of Supporting Natural Language Human-Machine Interactions" as the title and June 5, 2012 as the issue date on its face.

Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 65 and, on that basis, denies them.

66.     Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 66 of the amended complaint and, on that basis, denies them.

67.     Amazon admits that the '468 patent refers to problems involving natural language speech interfaces, and that the patent speaks for itself.  Amazon denies that the '468 patent provides any solution to these problems.  Amazon denies the remaining allegations of paragraph 67 of the amended complaint.

68.     Amazon admits that the '468 patent refers to problems involving natural language speech interfaces, and that the patent speaks for itself.  Amazon denies that the '468 patent provides any solution to these problems.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 68 of the amended complaint and, on that basis, denies them.

69.     Amazon denies the allegations of paragraph 69 of the amended complaint.

70.     Amazon admits that Dialect purports to reproduce Figure 8 from the '468 patent. Amazon denies the remaining allegations of paragraph 70 of the amended complaint.

71.     Amazon denies the allegations of paragraph 71 of the '468 patent.

72.     Amazon denies that the claims of the '468 patent are valid.  Amazon admits that Dialect references a Notice of Allowance, which it purports to attach as Exhibit 13 to the amended complaint.  Amazon admits that Dialect purports to quote a portion of examiner's statements made during the prosecution of the '468 patent.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 72 of the amended complaint and, on that basis, denies them.

**U.S. Patent No. 9,031,845**

73.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraph 73.

74.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraph 74.

75.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraph 75.

76.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraph 76.

77.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with

14

prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraph 77.

78. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraph 78.

79. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraph 79.

80. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraph 80.

81. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraph 81.

15

82.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraph 82.

### U.S. Patent No. 9,263,039

83.    Amazon admits that the amended complaint purports to attach a copy of the '039 patent as Exhibit 6, and that the patent lists "Systems And Methods For Responding To Natural Language Speech Utterance" as the title and February 16, 2016 as the issue date on its face.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 83 and, on that basis, denies them.

84.    Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 84 of the amended complaint and, on that basis, denies them.

85.    Amazon admits that the '039 patent refers to problems involving human-computer interactions, and that the patent speaks for itself.  Amazon denies that the '039 patent provides any solution to these problems.

86.    Amazon denies the allegations of paragraph 86 of the amended complaint.

87.    Amazon denies the allegations of paragraph 87 of the amended complaint.

88.    Amazon admits that Dialect purports to reproduce Figures 1 and 5 from the '039 patent.  Amazon denies the remaining allegations of paragraph 88 of the amended complaint.

89.    Amazon denies the allegations of paragraph 89 of the amended complaint.

90.    Amazon denies that the claims of the '039 patent are valid.  Amazon admits that Dialect references a Notice of Allowance, which it purports to attach as Exhibit 15.  Amazon

16

admits that Dialect purports to quote a portion of examiner's statements made during the prosecution of the '039 patent.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 90 of the amended complaint and, on that basis, denies them.

### U.S. Patent No. 9,495,957

91.    Amazon admits that the amended complaint purports to attach a copy of the '957 patent as Exhibit 7, and that the patent lists "Mobile Systems And Methods Of Supporting Natural Language Human-Machine Interactions" as the title and November 15, 2016 as the issue date on its face on its face.  Amazon lacks knowledge or information sufficient to admit or deny the remaining allegations of paragraph 91 and, on that basis, denies them.

92.    Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 92 of the amended complaint and, on that basis, denies them.

93.    Amazon admits that the '957 patent refers to problems involving human-computer interactions, and that the patent speaks for itself.  Amazon denies that the '957 patent provides any solution to these problems.  Amazon denies the remaining allegations of paragraph 93 of the amended complaint.

94.    Amazon denies the allegations of paragraph 94 of the amended complaint.

95.    Amazon denies the allegations of paragraph 95 of the amended complaint.

96.    Amazon admits that Dialect purports to quote some of the language from the specification of the '957 patent, which speaks for itself.  Amazon denies remaining allegations of paragraph 96 of the amended complaint.

### AMAZON'S [ALLEGED] USE OF THE PATENTED TECHNOLOGY

97.    Amazon admits that Amazon.com, Inc. has multiple subsidiaries and affiliates, and that certain of these subsidiaries and affiliates develop, sell, and offer to sell the Alexa virtual

17

assistant and/or Amazon devices that may be used to access Alexa in and outside the United States. Amazon admits that its 10-K filing for fiscal year 2022 reported a total net sales of "over $513 billion." Amazon denies the remaining allegations of paragraph 97 of the amended complaint.

98.    Amazon denies the of paragraph 98 of the amended complaint.

99.    Amazon admits that it allows partners and third-party developers to integrate Alexa with their products. Amazon denies the remaining allegations of paragraph 99 of the amended complaint.

## FIRST COUNT

## ([ALLEGED] INFRINGEMENT OF THE '720 PATENT)

100.    Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

101.    Amazon denies the allegations of paragraph 101 of the amended complaint.

102.    Amazon denies the allegations of paragraph 102 of the amended complaint.

103.    Amazon denies the allegations of paragraph 103 of the amended complaint.

104.    Amazon denies the allegations of paragraph 104 of the amended complaint.

105.    Amazon denies the allegations of paragraph 105 of the amended complaint.

106.    Amazon denies that any Accused Product meets any claim limitation of the '720 patent. Amazon admits that Dialect purports to provide excerpted screenshots which state "By building Alexa into your vehicle with the Alexa Auto SDK, your customers can interact with Alexa, hand-free, using the in-cabin microphone and speakers," and "Bring Alexa to the millions of vehicles already on the road by building Alexa into your automotive aftermarket device." Amazon admits that Dialect attributes these screenshots to the URL https://developer.amazon.com/en-US/alexa/alexa-auto/vehicles#experiences. Amazon admits that Dialect purports to provide an

excerpted screenshot which states "With the Local Voice Control extension to the Alexa Auto SDK, automakers embed a scaled-down version of Alexa's cloud-based Automatic Speech Recognition (ASR) and Natural Language Understanding (NLU) into the vehicle's infotainment system that increases the resiliency of the cloud-based capabilities." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/blogs/alexa/alexa-auto/2019/09/enabling-offline-access-to-alexa-in-vehicles-with-local-voice-control-extension-to-alexa-auto-sdk-v2-0. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Echo Auto is designed to enable Alexa hand-free features, such as play music, make calls, answer text messages and more for cars that don't have a voice assistant built-in." Amazon admits that Dialect attributes this screenshot to the URL https://developer.android.com/training/cars/apps/poi, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer. Amazon denies the remaining allegations of paragraph 106 of the amended complaint.

107.    Amazon denies the allegations of paragraph 107 of the amended complaint.

108.    Amazon denies that any Accused Product meets any claim limitation of the '720 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Head Unit with Alexa Built-in" and "By building Alexa into your vehicle with the Alexa Auto SDK, your customers can interact with Alexa, hand-free, using the in-cabin microphone and speakers." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-auto/vehicles#experiences. Amazon admits that Dialect purports to provide excerpted screenshots which state "AMA supports the following codecs: ● Opus ● mSBC," "The accessory must encode the user's utterances with the encoding technology described in the Codec Requirements for AMA," and "Bluetooth and Bluetooth Low Energy (BLE)

19

requirements for AMA." Amazon admits that Dialect attributes these screenshots to the URL https://developer.amazon.com/en-US/docs/alexa/ama-kit/ama-kit-hw-security-reqs.html. Amazon denies the remaining allegations of paragraph 108 of the amended complaint.

109. Amazon denies the allegations of paragraph 109 of the amended complaint.

110. Amazon denies that any Accused Product meets any claim limitation of the '720 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "When a user says the wake word 'Alexa,' and speaks to an Alexa-enabled device, the device streams the speech to the *Alexa service* in the cloud. Alexa recognizes the speech, determines what the user wants, and then sends a request to invoke the skill that can fulfill the request." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/ask-overviews/what-is-the-alexa-skills-kit.html. Amazon denies the remaining allegations of paragraph 110 of the amended complaint.

111. Amazon denies the allegations of paragraph 111 of the amended complaint.

112. Amazon denies that any Accused Product meets any claim limitation of the '720 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town). Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

For example, when ordering a pizza, a user might do the following:
- Answer more than one question at once ("Medium, two toppings.")
- Ask questions and expect Alexa to track previously provided information ("How many

people does that feed?").

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/conversations/about-alexa-conversations.html.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Phrase slot types allow for input from a user with fewer constraints on format and content.  Make sure that your skill uses no more than one phrase slot per intent."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/slot-type-reference.html.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The most important rule is to design intents with a list of sample utterances that captures key words and phrases that can invoke the skill in a name-free manner."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/understand-name-free-interaction-for-custom-skills.html.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Our customers want Alexa to get smarter and more helpful to them every day.  To do that, we use your Alexa requests to train our speech recognition and natural language understanding systems using machine learning.  In more simple terms, we analyze data to teach Alexa to more accurately make decisions or predictions.  For example, when you ask if it's raining outside, Alexa decides that you're asking about the weather—and when you say, "Alexa, play music," Alexa predicts what music you might like based on your previous requests.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.com/b?ie=UTF8&node=23608617011.  Amazon denies the remaining allegations of paragraph 112 of the amended complaint.

113.    Amazon denies the allegations of paragraph 113 of the amended complaint.

114.    Amazon denies that any Accused Product meets any claim limitation of the '720 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The Alexa Auto SDK enables core Alexa functionality, such as speech recognition and text-to-speech,

21

and other capabilities such as streaming media, controlling smart home devices, notifications, weather reports, and tens of thousands of custom skills." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/blogs/alexa/alexa-auto/2019/09/enabling-offline-access-to-alexa-in-vehicles-with-local-voice-control-extension-to-alexa-auto-sdk-v2-0. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Alexa uses a two-step, scalable, and efficient neural shortlisting-reranking approach to find the most relevant skill for a given utterance. This post describes the first of those two steps, which relies on a neural model we call Shortlister. (I'll describe the second step in a follow-up post tomorrow.) Shortlister is a scalable and efficient architecture with a shared encoder, a personalized skill attention mechanism, and skill-specific classification networks. We outline this architecture in our paper "Efficient Large-Scale Neural Domain Classification with Personalized Attention", which we will present at the 56th Annual Meeting of the Association of Computational Linguistics (ACL 2018) in July.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/the-scalable-neural-architecture-behind-alexas-ability-to-select-skills. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town). Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Grammars have been a tool in Alexa's NLU toolkit since well before the first Echo device shipped. A grammar is a set of rewrite rules for varying basic template sentences through word insertions, deletions, and substitutions." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/tools-for-generating-synthetic-data-helped-bootstrap-

alexas-new-language-releases.  Amazon denies the remaining allegations of paragraph 114 of the amended complaint.

115.    Amazon denies the allegations of paragraph 115 of the amended complaint.

116.    Amazon denies that any Accused Product meets any claim limitation of the '720 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Every Alexa skill has a *voice interaction model* that defines the words and phrases users can say to make the skill do what they want. This model determines how users communicate with and control your skill.  A voice user interface is similar to a graphical user interface in a traditional app.  Instead of clicking buttons and selecting options from dialog boxes, users make their requests and respond to quest ions by voice.  Often, the voice interaction is of a much shorter duration than interaction with an app.  When a user asks questions and makes requests, Alexa employs the interaction model to interpret and translate the words into a specific request to the identified skill.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/ask-overviews/what-is-the-alexa-skills-kit.html#:~:text=Skills%20are%20like%20apps%20for,to%20control%20cloud%2Dcon-nected%20devices.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The following simple workflow demonstrates how an Alexa skill works.  In this example, the user invokes a simple Alexa skill called "Hello World."
>
> 1. To launch the skill, the user says, "Alexa, open Hello World."  A complete statement or request to Alexa by the user is called an utterance.
>
> 2. The Alexa-enabled device sends the utterance to the Alexa service in the cloud.  The Alexa service processes the utterance through automatic speech recognition to convert the utterance to text, and then through natural language understanding to recognize the intent of the text.
>
> 3. Alexa sends a JavaScript Object Notation (JSON) request to handle the intent to the resource compute service that hosts your skill (usually an AWS Lambda function).  The resource compute service acts as the back end and executes your skill code to handle the intent.  In this case, the server returns, "Welcome to the Hello World skill."

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/it-IT/docs/alexa/workshops/build-an-engaging-skill/whybuild/index.html.    Amazon denies the remaining allegations of paragraph 116 of the amended complaint.

117.    Amazon denies the allegations of paragraph 117 of the amended complaint.

118.    Amazon admits that it learned of the existence of the '720 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 118 of the amended complaint.

119.    Amazon admits that it learned of the existence of the '720 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 119 of the amended complaint.

120.    Amazon denies the allegations of paragraph 120 of the amended complaint.

121.    Amazon denies the allegations of paragraph 121 of the amended complaint.

122.    Amazon denies the allegations of paragraph 122 of the amended complaint.

123.    Amazon denies the allegations of paragraph 123 of the amended complaint and specifically denies that it infringes or has infringed the '720 patent in any way.

124.    Amazon denies the allegations of paragraph 124 of the amended complaint.

125.    Amazon denies the allegations of paragraph 125 of the amended complaint.

126.    Amazon denies the allegations of paragraph 126 of the amended complaint.

127.    Amazon admits that it has not licensed the '720 patent from Dialect.  Amazon does not infringe, and has not infringed, any valid claim of the '720 patent, and thus has no need for a license.  Amazon denies the remaining allegations of paragraph 127 of the amended complaint.

128.    Amazon denies the allegations of paragraph 128 of the amended complaint.

129.    Amazon denies the allegations of paragraph 129 of the amended complaint.

130.    Amazon denies the allegations of paragraph 130 of the amended complaint.

131.    Amazon denies the allegations of paragraph 131 of the amended complaint.

132.    Amazon denies the allegations of paragraph 132 of the amended complaint.

**SECOND COUNT**

**([ALLEGED] INFRINGEMENT OF THE '006 PATENT)**

133.    Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

134.    Amazon denies the allegations of paragraph 134 of the amended complaint.

135.    Amazon denies the allegations of paragraph 135 of the amended complaint.

136.    Amazon denies the allegations of paragraph 136 of the amended complaint.

137.    Amazon denies the allegations of paragraph 137 of the amended complaint.

138.    Amazon denies the allegations of paragraph 138 of the amended complaint.

139.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> An Alexa skill has both an interaction model—or voice user interface—and application logic.  When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request.  Alexa then sends the request to your skill application logic, which acts on it.  You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills.  Amazon denies the remaining allegations of paragraph 139 of the amended complaint.

140.    Amazon denies the allegations of paragraph 140 of the amended complaint.

141.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> An Alexa skill has both an interaction model—or voice user interface—and application

25

> logic.  When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request.  Alexa then sends the request to your skill application logic, which acts on it.  You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills.  Amazon denies the remaining allegations of paragraph 140 of the amended complaint.

142.    Amazon denies the allegations of paragraph 142 of the amended complaint.

143.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which lists "Custom Skill Interaction Model," "Speech Recognition," "Machine Learning," "Natural Language Understanding," and "Text to Speech."  Amazon admits that Dialect attributes this screenshot to the URL  https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Don't assume that users say the exact phrase that you anticipate for an intent.  While the user might say, "Plan a trip," they also might say "Plan a vacation to Hawaii."  To make sure your skill can respond to a variety of user utterances, provide a wide range of sentences, phrases, and words that users are likely to say.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-haus/voice-fundamentals.  Amazon denies the remaining allegations of paragraph 143 of the amended complaint.

144.    Amazon denies the allegations of paragraph 144 of the amended complaint.

145.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> To create your custom interaction model, you create the intents, slots, and sample utterances for your skill.  An intent represents an action that fulfills a user's spoken request. Intents can optionally have arguments called slots.  The sample utterances are set of likely spoken phrases mapped to the intents.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/create-intents-utterances-and-slots.html.    Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "In the slot-filling paradigm, where a user can refer back to slots in the context during a conversation, the goal of the contextual understanding system is to resolve the referring expressions to the appropriate slots in the context."  Amazon admits that Dialect attributes this screenshot to "'Contextual Slot Carryover for Disparate Schemas,' Naik (Amazon) et al. 2018."  Amazon denies the remaining allegations of paragraph 145 of the amended complaint.

146.    Amazon denies the allegations of paragraph 146 of the amended complaint.

147.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which lists "Get Weather Forecast Intent," "Search Place Intent," and "Get Directions Intent," and states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Grammars have been a tool in Alexa's NLU toolkit since well before the first Echo

27

device shipped.  A grammar is a set of rewrite rules for varying basic template sentences through word insertions, deletions, and substitutions." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/tools-for-generating-synthetic-data-helped-bootstrap-alexas-new-language-releases.  Amazon denies the remaining allegations of paragraph 147 of the amended complaint.

148.    Amazon denies the allegations of paragraph 148 of the amended complaint.

149.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Today, Alexa analyzes the semantic content of utterances according to the categories domain, intent, and slot. "Domain" describes the type of application — or "skill" — that the utterance should invoke; for instance, mapping skills should answer questions about geographic distance.  "Intent" describes the particular function the skill should execute, such as measuring driving distance. And "slots" are variables that the function acts upon, such as point of origin and destination.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 149 of the amended complaint.

150.    Amazon denies the allegations of paragraph 150 of the amended complaint.

151.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 151 of the amended complaint.

28

152.    Amazon denies the allegations of paragraph 152 of the amended complaint.

153.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide excerpted screenshots which state "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation," and "Our system, by contrast, (i) cares only about slot values mentioned in context and (ii) makes independent decisions about the probability that any given carryover decision is the correct one."  Amazon admits that Dialect attributes these screenshots to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 153 of the amended complaint.

154.    Amazon denies the allegations of paragraph 154 of the amended complaint.

155.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 155 of the amended complaint.

156.    Amazon denies the allegations of paragraph 156 of the amended complaint.

157.    Amazon denies that any Accused Product meets any claim limitation of the '006 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

29

> An Alexa skill has both an interaction model—or voice user interface—and application logic. When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request. Alexa then sends the request to your skill application logic, which acts on it. You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills. Amazon denies the remaining allegations of paragraph 157 of the amended complaint.

158. Amazon denies the allegations of paragraph 158 of the amended complaint.

159. Amazon denies that any Accused Product meets any claim limitation of the '006 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which lists "Custom Skill Interaction Model," "Speech Recognition," "Machine Learning," "Natural Language Understanding," and "Text to Speech." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills. Amazon denies the remaining allegations of paragraph 159 of the amended complaint.

160. Amazon denies the allegations of paragraph 160 of the amended complaint.

161. Amazon admits that it learned of the existence of the '006 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 161 of the amended complaint.

162. Amazon admits that it learned of the existence of the '006 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 162 of the amended complaint.

163. Amazon denies the allegations of paragraph 63 of the amended complaint.

164. Amazon denies the allegations of paragraph 164 of the amended complaint.

165. Amazon denies the allegations of paragraph 165 of the amended complaint.

166. Amazon denies the allegations of paragraph 166 of the amended complaint.

167.   Amazon denies the allegations of paragraph 167 of the amended complaint.

168.   Amazon admits that it has not licensed the '006 patent from Dialect.  Amazon does not infringe, and has not infringed, any valid claim of the '006 patent, and thus has no need for a license.  Amazon denies the remaining allegations of paragraph 168 of the amended complaint.

169.   Amazon denies the allegations of paragraph 169 of the amended complaint.

170.   Amazon denies the allegations of paragraph 170 of the amended complaint.

171.   Amazon denies the allegations of paragraph 171 of the amended complaint.

172.   Amazon denies the allegations of paragraph 172 of the amended complaint.

173.   Amazon denies the allegations of paragraph 173 of the amended complaint.

## THIRD COUNT

## ([ALLEGED] INFRINGEMENT OF THE '327 PATENT)

174.   Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

175.   Amazon denies the allegations of paragraph 175 of the amended complaint.

176.   Amazon denies the allegations of paragraph 176 of the amended complaint.

177.   Amazon denies the allegations of paragraph 177 of the amended complaint.

178.   Amazon denies the allegations of paragraph 178 of the amended complaint.

179.   Amazon denies the allegations of paragraph 179 of the amended complaint.

180.   Amazon denies that any Accused Product meets any claim limitation of the '327 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The Amazon Alexa Premium Voice Far-Field Development Kit is designed to help commercial device manufacturers enable high quality far-field voice experiences in their products.  This development kit gives manufacturers access to the audio technology that powers the Amazon Echo family of devices.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/blogs/alexa/post/80facfd2-1176-4c4f-94ac-4c5c781011ca/amazon-alexa-premium-far-field-voice-developmentkit#:~:text=The%20Amazon%20Alexa%20Premium%20Far%2DField%20Voice%20Development%20Kit%20uses,playing%20music%20at%20loud%20volumes, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Products built with the dev kit can pick up voice requests in noisy environments and while playing music at loud volumes."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/solution-providers/dev-kits/amazon-premium-voice.  Amazon denies the remaining allegations of paragraph 180 of the amended complaint.

181.    Amazon denies the allegations of paragraph 181 of the amended complaint.

182.    Amazon denies that any Accused Product meets any claim limitation of the '327 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Both solutions incorporate Amazon's proprietary software and algorithm technology for "Alexa" wake word recognition, beam forming, noise reduction, and acoustic echo cancellation, and provides accurate far-field voice recognition in noisy environments and from long distances.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/blogs/alexa/post/80facfd2-1176-4c4f-94ac-4c5c781011ca/amazon-alexa-premium-far-field-voice-developmentkit#:~:text=The%20Amazon%20Alexa%20Premium%20Far%2DField%20Voice%20Development%20Kit%20uses,playing%20music%20at%20loud%20volumes, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

The other paper is about improving the conventional beamforming system. The challenge we are dealing with is the noise robustness of the system. Under clean conditions, ASR is already performing very well, but we still have problems dealing with noisy conditions. So the main idea is to train a teacher model on the clean data, then artificially add noise—music noise, audio playback noise, household noise.

Then we use the noisy data to train the student model, paired with the teacher's predictions from the clean data. We are hoping to create a student that performs similarly to the teacher but in the noisy domain.

Dialect does not identify a source for this screenshot. The footnote reference number "55" that precedes the screenshot does not correspond to any numbered footnote in the amended complaint.

Amazon admits that Dialect purports to provide an excerpted screenshot which states:

Beamforming is a signal processing technique for multi-microphone arrays that emphasizes user speech from a desired direction when suppressing audio interference from other directions. These algorithms result in an increase in SNR and a reduction in reverberation in the audio signal from the desired direction that improves the accuracy of speech recognition systems, especially for far-field. For ASR, always use linear processing based versions of beamforming.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/audio-hardware-configurations.html. Amazon admits that Dialect purports to provide an excerpted screenshot which includes the title "SIR Beam Selector for Amazon Echo Devices Audio Front-End." Amazon admits that Dialect attributes this screenshot to the URL https://assets.amazon.science/da/c2/71f5f9fa49f585a4616e49d52749/sir-beam-selector-for-amazon-echo-devices-audio-front-end.pdf. Amazon admits that Dialect purports to provide an excerpted screenshot which states "For example, Amazon scientists recommend car manufacturers use a signal-processing technique called beamforming that steers microphone arrays toward a voice signal coming from a particular source, such as the driver, while suppressing audio interference from all other directions." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/news-and-features/the-science-behind-alexa-in-vehicles. Amazon denies the remaining allegations of paragraph 182 of the amended complaint.

33

183.   Amazon denies the allegations of paragraph 183 of the amended complaint.

184.   Amazon denies that any Accused Product meets any claim limitation of the '327 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The adaptive filter for echo cancellation changes based on what it's hearing, but you can tell it to change or you can tell it, no, don't change."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.jobs/fr/landing_pages/icassp, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.[5]  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The AEC algorithm adaptively estimates the acoustic echo path and the acoustic echo between the loudspeaker and the microphone components.  The estimated acoustic echo is then subtracted from the microphone signal to obtain a near echo-free microphone signal.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/audio-hardware-configurations.html.   Amazon denies the remaining allegations of paragraph 184 of the amended complaint.

185.   Amazon denies the allegations of paragraph 185 of the amended complaint.

186.   Amazon denies that any Accused Product meets any claim limitation of the '327 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The adaptive filter for echo cancellation changes based on what it's hearing, but you can tell it to change or you can tell it, no, don't change."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.jobs/fr/landing_pages/icassp, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.[6]  Amazon denies the remaining allegations of paragraph 186 of the amended complaint.

---

[5]  At the time of this Answer, the webpage at https://www.amazon.jobs/fr/landing_pages/icassp, referenced in footnote 59 of the amended complaint, was unavailable and redirected to a different webpage, https://www.amazon.jobs/content/en/teams/devices-services.

[6]   At   the   time   of   this   Answer,   the   webpage   at

187.    Amazon denies the allegations of paragraph 187 of the amended complaint.

188.    Amazon denies that any Accused Product meets any claim limitation of the '327 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The adaptive filter for echo cancellation changes based on what it's hearing, but you can tell it to change or you can tell it, no, don't change."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.jobs/fr/landing_pages/icassp, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.[7]  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The AEC algorithm adaptively estimates the acoustic echo path and the acoustic echo between the loudspeaker and the microphone components.  The estimated acoustic echo is then subtracted from the microphone signal to obtain a near echo-free microphone signal.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/audio-hardware-configurations.html.    Amazon admits that Dialect purports to provide an excerpted screenshot which states "Another recommended technique called acoustic echo cancellation blocks out the noise from the car's speakers so that music played by the speaker does not interfere with the customer requests."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/news-and-features/the-science-behind-alexa-in-vehicles.  Amazon denies the remaining allegations of paragraph 188 of the amended complaint.

189.    Amazon denies the allegations of paragraph 189 of the amended complaint.

---

https://www.amazon.jobs/fr/landing_pages/icassp, referenced in footnote 61 of the amended complaint, was unavailable and redirected to a different webpage, https://www.amazon.jobs/content/en/teams/devices-services.

[7] At the time of this Answer, the webpage at https://www.amazon.jobs/fr/landing_pages/icassp, referenced in footnote 62 of the amended complaint, was unavailable and redirected to a different webpage, https://www.amazon.jobs/content/en/teams/devices-services.

190.    Amazon denies that any Accused Product meets any claim limitation of the '327 patent. Amazon admits that Dialect purports to provide excerpted screenshots, which state "During the training of a context-aware ASR model, a long-short-term-memory (LSTM) encoder encodes both unlabeled and labeled segments of the audio stream, so the model can use the entire input audio to improve ASR accuracy," and "On top of these innovations, however, we still had to develop some new compression techniques to get the RNN-T to run efficiently on-device."  Amazon admits that Dialect attributes these screenshots to the URL https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. Amazon denies the remaining allegations of paragraph 190 of the amended complaint.

191.    Amazon denies the allegations of paragraph 191 of the amended complaint.

192.    Amazon denies that any Accused Product meets any claim limitation of the '327 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "With cloud-based ASR, encrypted audio streams to the cloud in small snippets called 'frames.'" Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth.   Amazon admits that Dialect purports to provide an excerpted screenshot which states "Send all captured audio to AVS in either PCM or Opus, and adhere to the following specifications." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/speechrecognizer.html. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Opus is highly tuned to allow it to quickly optimize between optimal fidelity for available bandwidth." Amazon admits that Dialect attributes this screenshot to the third-party URL https://www.wowza.com/blog/opus-codec-the-audio-format-explained. Amazon admits that Dialect purports to provide an excerpted screenshot which

36

states "For a normal encoder where both the SILK and the CELT modules are included, an optimal encoder should select which coding mode to use at run-time depending on the conditions." Amazon admits that Dialect attributes this screenshot to the third-party URL https://data-tracker.ietf.org/doc/html/rfc6716. Amazon denies the remaining allegations of paragraph 192 of the amended complaint.

193.   Amazon denies the allegations of paragraph 193 of the amended complaint.

194.   Amazon admits that it received learned of the existence of the '327 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 194 of the amended complaint.

195.   Amazon admits that it received learned of the existence of the '327 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 195 of the amended complaint.

196.   Amazon denies the allegations of paragraph 196 of the amended complaint.

197.   Amazon denies the allegations of paragraph 197 of the amended complaint.

198.   Amazon denies the allegations of paragraph 198 of the amended complaint.

199.   Amazon denies the allegations of paragraph 199 of the amended complaint.

200.   Amazon denies the allegations of paragraph 200 of the amended complaint.

201.   Amazon denies the allegations of paragraph 201 of the amended complaint.

202.   Amazon denies the allegations of paragraph 202 of the amended complaint.

203.   Amazon admits that it has not licensed the '327 patent from Dialect. Amazon does not infringe, and has not infringed, any valid claim of the '327 patent, and thus has no need for a license. Amazon denies the remaining allegations of paragraph 203 of the amended complaint.

204.   Amazon denies the allegations of paragraph 204 of the amended complaint.

37

205.    Amazon denies the allegations of paragraph 205 of the amended complaint.

206.    Amazon denies the allegations of paragraph 206 of the amended complaint.

207.    Amazon denies the allegations of paragraph 207 of the amended complaint.

208.    Amazon denies the allegations of paragraph 208 of the amended complaint.

## FOURTH COUNT

## ([ALLEGED] INFRINGEMENT OF THE '468 PATENT)

209.    Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

210.    Amazon denies the allegations of paragraph 210 of the amended complaint.

211.    Amazon denies the allegations of paragraph 211 of the amended complaint.

212.    Amazon denies the allegations of paragraph 212 of the amended complaint.

213.    Amazon denies the allegations of paragraph 213 of the amended complaint.

214.    Amazon denies the allegations of paragraph 214 of the amended complaint.

215.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

An Alexa skill has both an interaction model—or voice user interface—and application logic.  When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request.  Alexa then sends the request to your skill application logic, which acts on it.  You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/start, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

The Multimodal Response Builder provides a guided experience to create a visual response in three steps:
1. Select from a set of templates designed to look good across a broad range of devices.

38

2. Customize the response by specifying the content to display within the template

3. Preview the response both in the developer console and on a device.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-authoring-tool.html#use-mmrb. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The Alexa Voice Service (AVS) provides a collection of APIs for Alexa Built-in devices with visual displays, such as smart TVs, which allow those devices to receive and present Alexa visual responses. Some of these APIs help device makers to publish the visual characteristics and functionality of their visual displays to enable Alexa Skills and services to respond with appropriate visual content for a device display.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/avs-apl-overview.html. Amazon denies the remaining allegations of paragraph 215 of the amended complaint.

216.    Amazon denies the allegations of paragraph 216 of the amended complaint.

217.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which includes the title "Alexa, Play Music." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/fr/blogs/alexa/post/b015c5bd-2b01-4f7f-923edd34c998f3d0/avs-tech-series-the-basics-of-amazon-alexa-developer-tools-and-services. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-

inf1-instances/.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> We are excited to announce the next version of the Alexa Presentation Language (APL) that enables you to easily build interactive visual experiences with new capabilities and improved tooling. APL 1.4 lets you add editable text boxes, drag and drop UI controls, and back navigation so customers can return to previous screens. You can utilize new Alexa responsive components and templates to quickly add visuals to your skills to enhance the voice experience, and live preview your APL documents in the authoring tool.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2020/07/new-alexa-presentation-language-1-4.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "APL provides support for keyboard events.  You can define keyboard handlers to capture and respond to key presses."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-for-screen-devices.html.   Amazon admits that Dialect purports to provide an excerpted screenshot which states "An array of keyboard event handlers to run when the user presses a key on the keyboard or when a key auto-repeats."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-actionable-component.html.   Amazon denies the remaining allegations of paragraph 217 of the amended complaint.

218.    Amazon denies the allegations of paragraph 218 of the amended complaint.

219.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Alexa voice ID helps Alexa recognize you when you speak and provide a personalized experience."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.com/gp/help/customer/display.html?nodeId=GYCXKY2AB2QWZT2X.   Amazon admits that Dialect purports to provide an excerpted screenshot which states:

40

> If your skill implements personalization for recognized speakers, and the Alexa user is a recognized speaker with a voice ID and **Personalize skills** enabled in the Alexa app, your skill can request the user's permission to access the contact information associated with the user's voice ID.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/request-recognized-speaker-contact-information.html, but denies that the screenshot is an accurate depiction of the webpage at that URL as it appears on the date of this Answer.  Amazon denies the remaining allegations of paragraph 219 of the amended complaint.

220.    Amazon denies the allegations of paragraph 220 of the amended complaint.

221.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Alexa voice ID helps Alexa recognize you when you speak and provide a personalized experience."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.com/gp/help/customer/display.html?nodeId=GYCXKY2AB2QWZT2X.    Amazon admits that Dialect purports to provide an excerpted screenshot which states "Our overarching strategy for Alexa's AI has been to combine machine learning (ML) — in particular, deep learning — with the large-scale data and computational resources available through AWS."  Amazon admits that

41

Dialect attributes this screenshot to the URL https://www.amazon.science/blog/alexa-at-five-looking-back-looking-forward.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Use the Intent Request History REST API to get the aggregated and anonymized transcriptions of user speech data and intent request details for a skill.  The API returns data from customer interactions over the past 30 days, updated each day."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/smapi/intent-request-history.html.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Today, through an optional feature called Hunches, Alexa can learn how you interact with your smart home and suggest actions when she senses that devices such as lights, locks, switches, and plugs are not in the states that you prefer."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/alexa-at-five-looking-back-looking-forward.  Amazon denies the remaining allegations of paragraph 221 of the amended complaint.

222.    Amazon denies the allegations of paragraph 222 of the amended complaint.

223.    Amazon denies the allegations of paragraph 223 of the amended complaint.

224.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The most important rule is to design intents with a list of sample utterances that captures key words and phrases that can invoke the skill in a name-free manner."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/understand-name-free-interaction-for-custom-skills.html.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

HypRank comprises two components:

1. Hypothesis representation for each skill; and 2. A bidirectional long short-term memory (bi-LSTM) model for re-ranking a list of hypotheses.

For each skill in the k-best list, we form a hypothesis based on additional semantic and

42

contextual signals.  For example, we perform intent-slot semantic analysis for a skill.  If a user says "play Michael Jackson," the Pop Music skill might infer the intent PlayMusic, while the Classical Music skill might infer the intent PlayTune.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/hyprank-how-alexa-determines-what-skill-can-best-meet-a-customers-need.  Amazon denies the remaining allegations of paragraph 224 of the amended complaint.

225.    Amazon denies the allegations of paragraph 225 of the amended complaint.

226.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

The problem here is essentially a domain classification problem over the k-best candidate skills returned by the shortlisting system, which we call Shortlister. The goal of Shortlister is to achieve high recall — to identify as many pertinent skills as possible — with maximum efficiency. On the other hand, the goal of the reranking network, HypRank, is to use rich contextual signals to achieve high precision — to select the most pertinent skills.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/hyprank-how-alexa-determines-what-skill-can-best-meet-a-customers-need.  Amazon denies the remaining allegations of paragraph 226 of the amended complaint.

227.    Amazon denies the allegations of paragraph 227 of the amended complaint.

228.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

Alexa uses a two-step, scalable, and efficient neural shortlisting-reranking approach to find the most relevant skill for a given utterance.  This post describes the first of those two steps, which relies on a neural model we call Shortlister.  (I'll describe the second step in a follow-up post tomorrow.)  Shortlister is a scalable and efficient architecture with a shared encoder, a personalized skill attention mechanism, and skill-specific classification networks. We outline this architecture in our paper "Efficient Large-Scale Neural Domain Classification with Personalized Attention", which we will present at the 56th Annual Meeting of the Association of Computational Linguistics (ACL 2018) in July.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/the-scalable-neural-architecture-behind-alexas-ability-to-select-skills.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

43

It's important that customers are able to easily reengage with their skills – even if they describe what they want instead of calling the skill by name. Let's look again at the phrase "Alexa, remove an ink stain" where we have an utterance, "remove a {stain type} stain," and a slot value, stain type of "ink," that can be mapped to a skill's interaction model. To make this work, two techniques are employed to deliver the right experience. The first is a neural model architecture we call Shortlister, which solves a domain classification problem to find the most statistically significant (k-best) matches of candidate skills (details in a recent blog and research paper). The goal of Shortlister is to efficiently identify as many relevant skills as possible – it's high volume. The second is a hypothesis reranking network, we call HypRank. It uses contextual signals to select the most relevant skills – it's high precision (details in a recent blog and research paper). When combined, these two help classify which skill can provide the most likely correct response from an invocation name-free utterance. Beyond helping people reengage with the skills they've manually or automatically enabled, the Shortlister and HypRank surface specific and relevant skills to people that have never used them.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/fr/blogs/alexa/post/0fecdb38-97c9-48ac-953b-23814a469cfc/skill-discovery.    Amazon admits that Dialect purports to provide an excerpted screenshot which states:

The problem here is essentially a domain classification problem over the k-best candidate skills returned by the shortlisting system, which we call Shortlister. The goal of Shortlister is to achieve high recall — to identify as many pertinent skills as possible — with maximum efficiency. On the other hand, the goal of the reranking network, HypRank, is to use rich contextual signals to achieve high precision — to select the most pertinent skills.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/hyprank-how-alexa-determines-what-skill-can-best-meet-a-customers-need.    Amazon denies the remaining allegations of paragraph 228 of the amended complaint.

229.    Amazon denies the allegations of paragraph 229 of the amended complaint.

230.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "The following diagram shows the voice-activated processing flow to invoke a skill with the Alexa service."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/ask-overviews/what-is-the-alexa-skills-kit.html.   Amazon denies the remaining allegations of paragraph 230 of the amended complaint.

44

231.    Amazon denies the allegations of paragraph 231 of the amended complaint.

232.    Amazon denies that any Accused Product meets any claim limitation of the '468 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "To plan your APL experiences, you need to understand the four technical actors that play a role in rendering APL documents on Alexa-enabled devices with screens.  The following diagram shows a typical APL architecture at a high level."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-bp-understand-apl-architecture.html.  Amazon denies the remaining allegations of paragraph 232 of the amended complaint.

233.    Amazon denies the allegations of paragraph 233 of the amended complaint.

234.    Amazon admits that it learned of the existence of the '468 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 234 of the amended complaint.

235.    Amazon admits that it learned of the existence of the '468 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 235 of the amended complaint.

236.    Amazon denies the allegations of paragraph 236 of the amended complaint.

237.    Amazon denies the allegations of paragraph 237 of the amended complaint.

238.    Amazon denies the allegations of paragraph 238 of the amended complaint.

239.    Amazon denies the allegations of paragraph 239 of the amended complaint.

240.    Amazon denies the allegations of paragraph 240 of the amended complaint.

45

241.    Amazon admits that it has not licensed the '468 patent from Dialect.  Amazon denies that it infringes, or has infringed, any valid claim of the '468 patent, and thus has no need for a license.  Amazon denies the remaining allegations of paragraph 241 of the amended complaint.

242.    Amazon denies the allegations of paragraph 242 of the amended complaint.

243.    Amazon denies the allegations of paragraph 243 of the amended complaint.

244.    Amazon denies the allegations of paragraph 244 of the amended complaint.

245.    Amazon denies the allegations of paragraph 245 of the amended complaint.

246.    Amazon denies the allegations of paragraph 246 of the amended complaint.

**FIFTH COUNT**

**([ALLEGED] INFRINGEMENT OF THE '845 PATENT)**

247.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 247.

248.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 248.

249.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to

46

this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 249.

250. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 250.

251. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 251.

252. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 252.

253. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 253.

254.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 254.

255.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 255.

256.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 256.

257.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 257.

258.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to

this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 258.

259. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 259.

260. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 260.

261. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 261.

262. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 262.

263. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 263.

264. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 264.

265. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 265.

266. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 266.

267. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to

this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 267.

268. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 268.

269. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 269.

270. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 270.

271. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 271.

272. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 272.

273. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 273.

274. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 274.

275. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response. On at least that basis, Amazon denies the allegations of paragraphs 275.

276. The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.) The '845 patent is thus no longer at issue in this case, and allegations related to

this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 276.

277.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice.  (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 277.

278.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice.  (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 278.

279.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice.  (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 279.

280.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice.  (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 280.

281.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 281.

282.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 282.

283.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 283.

284.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 284.

285.    The Court held the '845 patent invalid for failure to claim patent-eligible subject matter under § 101 and dismissed Dialect's claim for infringement of the '845 patent with prejudice. (Dkt. 58.)  The '845 patent is thus no longer at issue in this case, and allegations related to

54

this patent require no response.  On at least that basis, Amazon denies the allegations of paragraphs 285.

## SIXTH COUNT

## ([ALLEGED] INFRINGEMENT OF THE '039 PATENT)

286.    Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

287.    Amazon denies the allegations of paragraph 287 of the amended complaint.

288.    Amazon denies the allegations of paragraph 288 of the amended complaint.

289.    Amazon denies the allegations of paragraph 289 of the amended complaint.

290.    Amazon denies the allegations of paragraph 290 of the amended complaint.

291.    Amazon denies the allegations of paragraph 291 of the amended complaint.

292.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which lists "Custom Skill Interaction Model," "Speech Recognition," "Machine Learning," "Natural Language Understanding," and "Text to Speech."  Amazon admits that Dialect attributes this screenshot to the URL  https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The Alexa Voice Service (AVS) provides a collection of APIs for Alexa Built-in devices with visual displays, such as smart TVs, which allow those devices to receive and present Alexa visual responses.  Some of these APIs help device makers to publish the visual characteristics and functionality of their visual displays to enable Alexa Skills and services to respond with appropriate visual content for a device display.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/avs-apl-overview.html.  Amazon denies the remaining allegations of paragraph 292 of the amended complaint.

293.    Amazon denies the allegations of paragraph 293 of the amended complaint.

294.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which lists "Speech Capture via Microphone."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/fr/blogs/alexa/post/b015c5bd-2b01-4f7f-923edd34c998f3d0/avs-tech-series-the-basics-of-amazon-alexa-developer-tools-and-services.

Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The Multimodal Response Builder provides a guided experience to create a visual response in three steps:
>
> 1. Select from a set of templates designed to look good across a broad range of devices.
> 2. Customize the response by specifying the content to display within the template
> 3. Preview the response both in the developer console and on a device.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-authoring-tool.html#use-mmrb.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The Alexa Voice Service (AVS) provides a collection of APIs for Alexa Built-in devices with visual displays, such as smart TVs, which allow those devices to receive and present Alexa visual responses.  Some of these APIs help device makers to publish the visual characteristics and functionality of their visual displays to enable Alexa Skills and services to

56

respond with appropriate visual content for a device display.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/avs-apl-overview.html. Amazon denies the remaining allegations of paragraph 294 of the amended complaint.

295.    Amazon denies the allegations of paragraph 295 of the amended complaint.

296.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/. Amazon admits that Dialect purports to provide an excerpted screenshot which states "APL provides support for keyboard events. You can define keyboard handlers to capture and respond to key presses." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-for-screen-devices.html. Amazon denies the remaining allegations of paragraph 296 of the amended complaint.

297.    Amazon denies the allegations of paragraph 297 of the amended complaint.

298.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to

57

text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/. Amazon denies the remaining allegations of paragraph 298 of the amended complaint.

299.    Amazon denies the allegations of paragraph 299 of the amended complaint.

300.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

When Alexa receives a request from a customer without a skill name, such as "Alexa, play relaxing sounds with crickets," Alexa looks for skills that might fulfill the request. Alexa determines the best choice among eligible skills and hands the request to the skill.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/understand-name-free-interaction-for-custom-skills.html. Amazon denies the remaining allegations of paragraph 300 of the amended complaint.

301.    Amazon denies the allegations of paragraph 301 of the amended complaint.

302.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "The most important rule is to design intents with a list of sample utterances that captures key words and phrases that can invoke the skill in a name-free manner." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/understand-name-free-interaction-for-custom-skills.html. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Grammars have been a tool in Alexa's NLU toolkit since well before the first Echo device shipped. A grammar is a set of rewrite rules for

58

varying basic template sentences through word insertions, deletions, and substitutions." Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/tools-for-generating-synthetic-data-helped-bootstrap-alexas-new-language-releases. Amazon denies the remaining allegations of paragraph 302 of the amended complaint.

303.    Amazon denies the allegations of paragraph 303 of the amended complaint.

304.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states "Users can invoke Alexa custom skills in two ways:" "Use a phrase supported by the Alexa service in combination with the invocation name for a custom skill to request information, ask a question, or tell Alexa to do something ('Alexa, *ask* Daily Horoscopes for the horoscope for Gemini')," and "Indirectly invoke an Alexa custom skill through a name-free interaction. In this case, the user asks Alexa to perform a task, without naming the skill that should fulfill the request. ('Alexa, what is my horoscope?')." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/custom-skills/understanding-how-users-invoke-custom-skills.html. Amazon admits that Dialect purports to provide an excerpted screenshot which lists definitions for "invocation," "full intent invocation," "partial intent invocation," and "no intent invocation," Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/ask-overviews/alexa-skills-kit-glossary.html. Amazon denies the remaining allegations of paragraph 304 of the amended complaint.

305.    Amazon denies the allegations of paragraph 305 of the amended complaint.

306.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Alexa uses a two-step, scalable, and efficient neural shortlisting-reranking approach to find the most relevant skill for a given utterance. This post describes the first of those two steps,

which relies on a neural model we call Shortlister. (I'll describe the second step in a follow-up post tomorrow.) Shortlister is a scalable and efficient architecture with a shared encoder, a personalized skill attention mechanism, and skill-specific classification networks. We outline this architecture in our paper "Efficient Large-Scale Neural Domain Classification with Personalized Attention", which we will present at the 56th Annual Meeting of the Association of Computational Linguistics (ACL 2018) in July.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/the-scalable-neural-architecture-behind-alexas-ability-to-select-skills. Amazon denies the remaining allegations of paragraph 306 of the amended complaint.

307. Amazon denies the allegations of paragraph 307 of the amended complaint.

308. Amazon denies that any Accused Product meets any claim limitation of the '039 patent. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

It's important that customers are able to easily reengage with their skills – even if they describe what they want instead of calling the skill by name. Let's look again at the phrase "Alexa, remove an ink stain" where we have an utterance, "remove a {stain type} stain," and a slot value, stain type of "ink," that can be mapped to a skill's interaction model. To make this work, two techniques are employed to deliver the right experience. The first is a neural model architecture we call Shortlister, which solves a domain classification problem to find the most statistically significant (k-best) matches of candidate skills (details in a recent blog and research paper). The goal of Shortlister is to efficiently identify as many relevant skills as possible – it's high volume. The second is a hypothesis reranking network, we call HypRank. It uses contextual signals to select the most relevant skills – it's high precision (details in a recent blog and research paper). When combined, these two help classify which skill can provide the most likely correct response from an invocation name-free utterance. Beyond helping people reengage with the skills they've manually or automatically enabled, the Shortlister and HypRank surface specific and relevant skills to people that have never used them.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/fr/blogs/alexa/post/0fecdb38-97c9-48ac-953b-23814a469cfc/skill-discovery. Amazon admits that Dialect purports to provide an excerpted screenshot which states:

The problem here is essentially a domain classification problem over the k-best candidate skills returned by the shortlisting system, which we call Shortlister. The goal of Shortlister is to achieve high recall — to identify as many pertinent skills as possible — with maximum efficiency. On the other hand, the goal of the reranking network, HypRank, is to use rich contextual signals to achieve high precision — to select the most pertinent skills.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.sci-ence/blog/hyprank-how-alexa-determines-what-skill-can-best-meet-a-customers-need.    Amazon denies the remaining allegations of paragraph 308 of the amended complaint.

309.    Amazon denies the allegations of paragraph 309 of the amended complaint.

310.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "**Alexa Skill** – A skill endpoint that initiates an APL experience by sending out an APL *document* template in response to a regular skill request such as an IntentRequest," and "**Content providers** – APL templates that are sent by a skill often contain URL references to external content and media files, such as APL *packages*, images, audio and video files; that are stored publicly on the Internet. An Alexa-enabled device with a screen resolves these references by downloading or streaming source files from external content providers, such as *content delivery networks* (CDN)."  Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-bp-understand-apl-architecture.html.    Amazon denies the remaining allegations of paragraph 310 of the amended complaint.

311.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent.  Amazon denies the remaining allegations of paragraph 311 of the amended complaint.

312.    Amazon denies that any Accused Product meets any claim limitation of the '039 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "**Content providers** – APL templates that are sent by a skill often contain URL references to external content and media files, such as APL *packages*, images, audio and video files; that are stored publicly on the Internet.  An Alexa-enabled device with a screen resolves these references by downloading or streaming source files from external content providers, such as *content delivery*

61

*networks* (CDN)." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/docs/alexa/alexa-presentation-language/apl-bp-understand-apl-architecture.html. Amazon admits that Dialect purports to provide an excerpted screenshot which states "To enable the customer to hear recommendations for specific products, add a Connections.StartConnection directive to your response." Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-IN/docs/alexa/alexa-shopping/alexa-shopping-actions-for-alexa-skills-api-reference.html#recommend-action. Amazon denies the remaining allegations of paragraph 312 of the amended complaint.

313. Amazon denies the allegations of paragraph 313 of the amended complaint.

314. Amazon admits that it learned of the existence of the '039 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 314 of the amended complaint.

315. Amazon admits that it learned of the existence of the '039 patent when served with a copy of the complaint in this action. Amazon denies the remaining allegations of paragraph 315 of the amended complaint.

316. Amazon denies the allegations of paragraph 316 of the amended complaint.

317. Amazon denies the allegations of paragraph 317 of the amended complaint.

318. Amazon denies the allegations of paragraph 318 of the amended complaint.

319. Amazon denies the allegations of paragraph 319 of the amended complaint.

320. Amazon denies the allegations of paragraph 320 of the amended complaint.

321. Amazon admits that it has not licensed the '039 patent from Dialect. Amazon does not infringe, and has not infringed, any valid claim of the '039 patent in any way, and thus has no

need for a license.  Amazon denies the remaining allegations of paragraph 321 of the amended complaint.

322.    Amazon denies the allegations of paragraph 322 of the amended complaint.

323.    Amazon denies the allegations of paragraph 323 of the amended complaint.

324.    Amazon denies the allegations of paragraph 324 of the amended complaint.

325.    Amazon denies the allegations of paragraph 325 of the amended complaint.

326.    Amazon denies the allegations of paragraph 326 of the amended complaint.

## SEVENTH COUNT

## ([ALLEGED] INFRINGEMENT OF THE '957 PATENT)

327.    Amazon incorporates by reference and restates its responses to each and every allegation set forth in the foregoing paragraphs of the amended complaint.

328.    Amazon denies the allegations of paragraph 328 of the amended complaint.

329.    Amazon denies the allegations of paragraph 329 of the amended complaint.

330.    Amazon denies the allegations of paragraph 330 of the amended complaint.

331.    Amazon denies the allegations of paragraph 331 of the amended complaint.

332.    Amazon denies the allegations of paragraph 332 of the amended complaint.

333.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> An Alexa skill has both an interaction model—or voice user interface—and application logic.  When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request.  Alexa then sends the request to your skill application logic, which acts on it.  You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills.  Amazon denies the remaining allegations of paragraph 333 of the amended complaint.

63

334.    Amazon denies the allegations of paragraph 334 of the amended complaint.

335.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> Alexa uses a two-step, scalable, and efficient neural shortlisting-reranking approach to find the most relevant skill for a given utterance.  This post describes the first of those two steps, which relies on a neural model we call Shortlister.  (I'll describe the second step in a follow-up post tomorrow.)  Shortlister is a scalable and efficient architecture with a shared encoder, a personalized skill attention mechanism, and skill-specific classification networks.  We outline this architecture in our paper "Efficient Large-Scale Neural Domain Classification with Personalized Attention", which we will present at the 56th Annual Meeting of the Association of Computational Linguistics (ACL 2018) in July.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/the-scalable-neural-architecture-behind-alexas-ability-to-select-skills.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 335 of the amended complaint.

336.    Amazon denies the allegations of paragraph 336 of the amended complaint.

337.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> An Alexa skill has both an interaction model—or voice user interface—and application logic.  When a customer speaks, Alexa processes the speech in the context of your interaction model to determine the customer request.  Alexa then sends the request to your skill application logic, which acts on it.  You provide your application logic as a back-end cloud service hosted by Alexa, AWS, or another server.

64

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/en-US/alexa/alexa-skills-kit/get-deeper/custom-skills.  Amazon denies the remaining allegations of paragraph 337 of the amended complaint.

338.    Amazon denies the allegations of paragraph 338 of the amended complaint.

339.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> When I'm in my living room and ask Alexa about the weather, I trigger a complex system. First, the on-device chip detects the wake word (Alexa). Once detected, the microphones record what I'm saying and stream the sound for analysis in the cloud. At a high level, there are two phases to analyze the sound of my voice. First, Alexa converts the sound to text. This is known as Automatic Speech Recognition (ASR). Once the text is known, the second phase is to understand what I mean. This is Natural Language Understanding (NLU). The output of NLU is an Intent (what does the customer want) and associated parameters. In this example ("Alexa, what's the weather today?"), the intent might be "GetWeatherForecast" and the parameter can be my postcode, inferred from my profile.

Amazon admits that Dialect attributes this screenshot to the URL https://aws.amazon.com/blogs/aws/majority-of-alexa-now-running-on-faster-more-cost-effective-amazon-ec2-inf1-instances/.  Amazon denies the remaining allegations of paragraph 339 of the amended complaint.

340.    Amazon denies the allegations of paragraph 340 of the amended complaint.

341.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states "Different Alexa intents (weather, search, directions) might assign the same data (San Francisco) to different slots (WeatherLocation, City, Town).  Tracking references by carrying slots over from one intent to the next is crucial for maintaining a coherent conversation."  Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/how-alexa-is-learning-to-converse-more-naturally.  Amazon denies the remaining allegations of paragraph 341 of the amended complaint.

342.    Amazon denies the allegations of paragraph 342 of the amended complaint.

343.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> It's important that customers are able to easily reengage with their skills – even if they describe what they want instead of calling the skill by name. Let's look again at the phrase "Alexa, remove an ink stain" where we have an utterance, "remove a {stain type} stain," and a slot value, stain type of "ink," that can be mapped to a skill's interaction model. To make this work, two techniques are employed to deliver the right experience. The first is a neural model architecture we call Shortlister, which solves a domain classification problem to find the most statistically significant (k-best) matches of candidate skills (details in a recent blog and research paper). The goal of Shortlister is to efficiently identify as many relevant skills as possible – it's high volume. The second is a hypothesis reranking network, we call HypRank. It uses contextual signals to select the most relevant skills – it's high precision (details in a recent blog and research paper). When combined, these two help classify which skill can provide the most likely correct response from an invocation name-free utterance. Beyond helping people reengage with the skills they've manually or auto-matically enabled, the Shortlister and HypRank surface specific and relevant skills to peo-ple that have never used them.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.ama-zon.com/fr/blogs/alexa/post/0fecdb38-97c9-48ac-953b-23814a469cfc/skill-discovery.    Amazon denies the remaining allegations of paragraph 343 of the amended complaint.

344.    Amazon denies the allegations of paragraph 344 of the amended complaint.

345.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> It's important that customers are able to easily reengage with their skills – even if they describe what they want instead of calling the skill by name. Let's look again at the phrase "Alexa, remove an ink stain" where we have an utterance, "remove a {stain type} stain," and a slot value, stain type of "ink," that can be mapped to a skill's interaction model. To make this work, two techniques are employed to deliver the right experience. The first is a neural model architecture we call Shortlister, which solves a domain classification problem to find the most statistically significant (k-best) matches of candidate skills (details in a recent blog and research paper). The goal of Shortlister is to efficiently identify as many relevant skills as possible – it's high volume. The second is a hypothesis reranking network, we call HypRank. It uses contextual signals to select the most relevant skills – it's high precision (details in a recent blog and research paper). When combined, these two help classify which skill can provide the most likely correct response from an invocation name-free utterance. Beyond helping people reengage with the skills they've manually or

automatically enabled, the Shortlister and HypRank surface specific and relevant skills to people that have never used them.

Amazon admits that Dialect attributes this screenshot to the URL https://developer.amazon.com/fr/blogs/alexa/post/0fecdb38-97c9-48ac-953b-23814a469cfc/skill-discovery.    Amazon denies the remaining allegations of paragraph 345 of the amended complaint.

346.    Amazon denies the allegations of paragraph 346 of the amended complaint.

347.    Amazon denies that any Accused Product meets any claim limitation of the '957 patent.  Amazon admits that Dialect purports to provide an excerpted screenshot which states:

> The problem here is essentially a domain classification problem over the k-best candidate skills returned by the shortlisting system, which we call Shortlister. The goal of Shortlister is to achieve high recall — to identify as many pertinent skills as possible — with maximum efficiency. On the other hand, the goal of the reranking network, HypRank, is to use rich contextual signals to achieve high precision — to select the most pertinent skills.

Amazon admits that Dialect attributes this screenshot to the URL https://www.amazon.science/blog/hyprank-how-alexa-determines-what-skill-can-best-meet-a-customers-need.    Amazon denies the remaining allegations of paragraph 347 of the amended complaint.

348.    Amazon denies the allegations of paragraph 348 of the amended complaint.

349.    Amazon admits that it learned of the existence of the '957 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 349 of the amended complaint.

350.    Amazon admits that it learned of the existence of the '957 patent when served with a copy of the complaint in this action.  Amazon denies the remaining allegations of paragraph 350 of the amended complaint.

351.    Amazon denies the allegations of paragraph 351 of the amended complaint.

352.    Amazon denies the allegations of paragraph 352 of the amended complaint.

353.    Amazon denies the allegations of paragraph 353 of the amended complaint.

354.    Amazon denies the allegations of paragraph 354 of the amended complaint.

355.    Amazon denies the allegations of paragraph 355 of the amended complaint.

356.    Amazon denies the allegations of paragraph 356 of the amended complaint.

357.    Amazon denies the allegations of paragraph 357 of the amended complaint.

358.    Amazon admits that it has not licensed the '957 patent from Dialect.  Amazon does not infringe, and has not infringed, any valid claim of the '957 patent, and thus has no need for a license.  Amazon denies the remaining allegations of paragraph 358 of the amended complaint.

359.    Amazon denies the allegations of paragraph 359 of the amended complaint.

360.    Amazon denies the allegations of paragraph 360 of the amended complaint.

361.    Amazon denies the allegations of paragraph 361 of the amended complaint.

362.    Amazon denies the allegations of paragraph 362 of the amended complaint.

363.    Amazon denies the allegations of paragraph 363 of the amended complaint.

## NOTICE

364.    Amazon lacks knowledge or information sufficient to admit or deny the allegations of paragraph 364 of the amended complaint and, on that basis, denies them.

## PRAYER FOR RELIEF

Amazon denies that it infringes or has infringed any of the Asserted Patents.  Amazon denies that any of the Asserted Patents is valid, enforceable, or directed to patent-eligible subject matter.  Amazon denies that Dialect is entitled to any of the relief requested in the amended complaint or any relief whatsoever.  Amazon denies all allegations of the amended complaint that have not been specifically admitted in paragraphs 1-364 above.  Amazon expressly reserves the right to supplement, amend, or modify its answers and defenses as additional facts are learned and/or as otherwise appropriate.

## JURY DEMAND

Dialect's demand for jury trial does not require a response.

## ADDITIONAL DEFENSES

Amazon asserts the following additional defenses to the amended complaint.  In doing so, Amazon does not assume any burden of proof on any issue that is Dialect's burden as a matter of law.  Amazon also reserves the right to amend or supplement these defenses as additional facts become known.

## FIRST DEFENSE:  FAILURE TO STATE A CLAIM

The amended complaint fails to allege facts sufficient to state a cause of action upon which relief may be granted.

## SECOND DEFENSE:  NON-INFRINGEMENT ('720 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '720 patent and is not liable for any infringement.

## THIRD DEFENSE:  INVALIDITY ('720 PATENT)

The asserted claims of the '720 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

## FOURTH DEFENSE:  NON-INFRINGEMENT ('006 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '006 patent and is not liable for any infringement.

### FIFTH DEFENSE:  INVALIDITY ('006 PATENT)

The asserted claims of the '006 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

### SIXTH DEFENSE:  NON-INFRINGEMENT ('327 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '327 patent and is not liable for any infringement.

### SEVENTH DEFENSE:  INVALIDITY ('327 PATENT)

The asserted claims of the '327 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

### EIGHTH DEFENSE:  NON-INFRINGEMENT ('468 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '468 patent and is not liable for any infringement.

### NINTH DEFENSE:  INVALIDITY ('468 PATENT)

The asserted claims of the '468 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

### TENTH DEFENSE:  NON-INFRINGEMENT ('845 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '845 patent and is not liable for any infringement.

## ELEVENTH DEFENSE:  INVALIDITY ('845 PATENT)

The asserted claims of the '845 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

## TWELFTH DEFENSE:  NON-INFRINGEMENT ('039 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '039 patent and is not liable for any infringement.

## THIRTHEENTH DEFENSE:  INVALIDITY ('039 PATENT)

The asserted claims of the '039 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

## FOURTEENTH DEFENSE:  NON-INFRINGEMENT ('957 PATENT)

Amazon has not infringed, and currently does not infringe, any valid claim of the '957 patent and is not liable for any infringement.

## FIFTEENTH DEFENSE:  INVALIDITY ('957 PATENT)

The asserted claims of the '957 patent are each invalid for failure to comply with one or more of the conditions and requirements of the patent laws, including, but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

## SIXTEENTH DEFENSE:  GOOD FAITH

Amazon has engaged in all relevant activities in good faith, thereby precluding Dialect, even if it prevails, from recovering its reasonable attorneys' fees or costs under 35 U.S.C. § 285.

## SEVENTEENTH DEFENSE:  ESTOPPEL

The relief sought by Dialect is barred, in whole or in part, under the doctrine of prosecution history estoppel and/or prosecution history disclaimer due to amendments and/or statements made during prosecution of the patents-in-suit.

## EIGHTEENTH DEFENSE:  DEDICATION TO THE PUBLIC

The relief sought by Dialect is barred, in whole or in part, because Dialect dedicated to the public all methods, systems, and products disclosed in the patents-in-suit but not literally claimed therein.

## NINETEENTH DEFENSE:  UNAVAILABILITY OF INJUNCTIVE RELIEF

Dialect is not entitled to injunctive relief, as a matter of law, and cannot satisfy the requirements applicable to its request for injunctive relief in any form.

## TWENTIETH DEFENSE:  LIMITATION ON DAMAGES AND COSTS

Dialect's claim for damages is barred, in whole or in part, by 35 U.S.C. §§ 286 or 287.  To the extent any claim of the patents-in-suit is invalid, Dialect is barred from recovering costs by 35 U.S.C. § 288.

## TWENTY-FIRST DEFENSE:
## WAIVER, LEGAL ESTOPPEL AND/OR EQUITABLE ESTOPPEL

The relief sought by Dialect is barred, in whole or in part, by the doctrines of waiver, legal estoppel and/or equitable estoppel.

## RESERVATION OF ADDITIONAL DEFENSES

Amazon reserves the right to assert additional defenses in the event that discovery or other analysis indicates that additional defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for judgment as follows:

a.  A judgment in favor of Amazon denying Dialect all relief requested in its amended complaint and dismissing its amended complaint with prejudice;

b.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '720 patent;

c.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '006 patent;

d.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '327 patent;

e.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '468 patent;

f.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '845 patent;

g.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '039 patent;

h.  A judgment against Dialect finding that Amazon has not infringed, does not infringe, and is not liable for any infringement of any valid and enforceable claim of the '957 patent;

73

i.   A judgment against Dialect finding that one or more claims of the '720 patent are invalid;

j.   A judgment against Dialect finding that one or more claims of the '006 patent are invalid;

k.   A judgment against Dialect finding that one or more claims of the '327 patent are invalid;

l.   A judgment against Dialect finding that one or more claims of the '468 patent are invalid;

m.   A judgment against Dialect finding that one or more claims of the '845 patent are invalid;

n.   A judgment against Dialect finding that one or more claims of the '039 patent are invalid;

o.   A judgment against Dialect finding that one or more claims of the '957 patent are invalid;

p.   A judgment that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Amazon its reasonable attorneys' fees;

q.   For an award of costs to Amazon; and

r.   Such other relief as the Court shall deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Amazon demands a trial by jury in this action for all issues triable by a jury.

74

Dated:  December 1, 2023

Respectfully submitted,

**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.**

*Of counsel:*

J. David Hadden, *pro hac vice*
dhadden@fenwick.com
Saina S. Shamilov, *pro hac vice*
sshamilov@fenwick.com
Ravi R. Ranganath, *pro hac vice*
rranganath@fenwick.com
Vigen Salmastlian, *pro hac vice*
vsalmastlian@fenwick.com
Donna T. Long, *pro hac vice*
dlong@fenwick.com
Johnathan Lee Chai, *pro hac vice*
jchai@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Jonathan T. McMichael, *pro hac vice*
jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile: (206) 389-4511

Daniel W. Ledesma, *pro hac vice*
dledesma@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010-6035
Telephone: (212) 430-2600
Facsimile: (650) 938-5200

*Counsel for Defendants*
*Amazon.com, Inc., et al.*

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1468
Facsimile: (804) 697-1339

Mary C. Zinsner (VSB No. 31397)
mary.zinsner@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1932
Facsimile: (202) 274-2994

*Counsel for Defendants*
*Amazon.com, Inc., et. al.*