IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DIALECT, LLC,
          Plaintiff,

          v.                                                           Civil No. 1:23cv581 (DJN)

AMAZON.COM, INC., *et al.*,
          Defendants.

## ORDER
### (Denying Motion to Compel)

This matter comes before the Court on the Motion to Compel ("Motion" (ECF No. 164)). Plaintiff Dialect, LLC ("Dialect") argues that certain actions by Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (together, "Amazon") effected a subject-matter waiver of Amazon's attorney-client privilege. Accordingly, Dialect moves to compel production of certain documents it asserts "concern the same subject matter." Fed. R. Evid. 502(a)(2). For the reasons set forth below, the Court hereby DENIES the Motion (ECF No. 164).

Rule 502 does not apply absent an intentional waiver of attorney-client privilege, and "to trigger a waiver, there must first be a 'disclosure of [privileged information].'" *Sky Angel U.S., LLC v. Discovery Commc'ns, LLC*, 885 F.3d 271, 276 (4th Cir. 2018) (quoting Rule 502). The party invoking Rule 502 "must prove," as an initial matter, that privileged information was disclosed and that the disclosure constituted waiver. *Id.* On the record presented, the Court FINDS that Dialect has not shown that the communications at issue here were privileged or that any privilege was waived by Amazon. Rule 502(a) therefore does not apply. Accordingly, the

Court DENIES the Motion (ECF No. 164).

Let the Clerk file a copy of this Order and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: March 29, 2024

2