IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DIALECT, LLC,
     Plaintiff,

v.

                                 Civil No. 1:23cv581 (DJN)

AMAZON.COM, INC., *et al.*,
     Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal With Prejudice)

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 443.) The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs and attorneys' fees, and DIRECTS the Clerk's Office to close the case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                    _____/s/_____

                                                   David J. Novak
                                                   United States District Judge

Richmond, Virginia
Date:  January 23, 2025

---

[1]    Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties have signed the stipulation.